**LIBAS, LTD., Plaintiff–Appellant,**

v.

**UNITED STATES, Defendant–Cross Appellant.**

**Nos. 04–1140, 04–1214.**

United States Court of Appeals,
Federal Circuit.

May 17, 2004.

Elon A. Pollack, Principal Attorney, Kayla R. Owens, Of Counsel, Law Offices of Elon A. Pollack, Los Angeles, CA, for Plaintiff–Appellant.

Bruce N. Stratvert, Principal Attorney, Barbara Silver Williams, Edward N. Maurer, Of Counsel, New York, NY, David M. Cohen, Of Counsel, Washington, DC, for Defendant–Cross Appellant.

**ORDER**

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).